STATE OF MISSOURI, Respondent, v. JACOB BUCHARDT.

St. Louis Court of Appeals, January 18, 1898.

Jurisdiction, Appellate: CONSTITUTIONAL QUESTION. An action involving a constitutional question is within the exclusive jurisdiction of the supreme court.

*Appeal from the St. Louis Court of Criminal Correction.*
HON. DAVID MURPHY, Judge.

TRANSFERRED TO SUPREME COURT.

BLAND, P. J.—A constitutional question being raised by the record in this case, the same is hereby transferred to the supreme court in compliance with provisions of section 3300, Revised Statutes of 1889. All concur.